# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JACKIE S. FRENCH, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. CIV-13-479-R |
| CAROLYN W. COLVIN,<br>Commissioner of the Social<br>Security Administration, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered April 15, 2014. Doc. No. 16. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and the decision of the Commissioner of Social Security Administration is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED this 7th day of May, 2014.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE